# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR179** |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **RUSSELL PAPROSKI,** | ) | |
| | ) | |
| Defendant. | ) | |

    **IT IS ORDERED** that defendant's motion to continue (Filing No. 57) is granted. The Change of Plea hearing is continued to **December 9, 2005** at **9:30 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

    For this defendant, the time between **November 30, 2005** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

    Since this is a criminal case, the defendant must be present unless excused by the Court.

    DATED this 30th day of November, 2005.

                                BY THE COURT:

                                  s/ Thomas D. Thalken
                                  United States Magistrate Judge