IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:05CR179 |
| Plaintiff, | )<br>)<br>) | ORDER |
| vs. | )<br>) | |
| **RUSSELL B. PAPROSKI,** | )<br>) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to extend the deadline in ¶ 2 of the Order on Sentencing Schedule. The Defendant asks for 10 additional days to file objections to the PSR.

IT IS ORDERED:

1. The Defendant's motion to extend the deadline in ¶ 2 of the Order on Sentencing Schedule is granted; and

2. The Defendant's objections to the PSR must be filed on or before February 2, 2006.

DATED this 27th day of January, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge